I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 9/25/09

DEPUTY CLERK

JS-6 Entered

SEP 25 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SCOTT BRIAN WEST,

    Petitioner,

vs.

U.S. DISTRICT COURT,
WARDEN VASQUES,

    Respondents.

Case No. CV 09-6749-CJC (RNB)

**J U D G M E N T**

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Jurisdiction filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed.

DATED: September 23, 2009

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 25 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY